# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **MELINDA RODRIGUEZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CAUSE NO. EP-23-CV-150-KC** |
| | § | |
| **SAM'S WEST, INC.,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered the parties' Stipulation of Dismissal with Prejudice ("Stipulation"), ECF No. 69. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Stipulation, the Court **ORDERS** that all of Plaintiff's claims are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 29th day of April, 2024.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE